UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: William J. Crytzer                           :
    Debtor(s)                                    :
                                                  :    Case No. 17-23375-JAD
                                                  :
                                                  :
    Debtor(s)*                                    :

Social Security No.: Debtor(s)
Employer Tax I.D. No.: Debtor(s)

# NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST RESCHEDULING MEETING OF CREDITORS

Notice is given that the meeting of creditors has been rescheduled to Friday, November 17, 2017 at 9:00 a.m..

The meeting will be held at Commissioners Hearing Room No. 1, Westmoreland County Courthouse, Greensburg, PA 15601.

This notice supercedes the date and time previously set for the meeting of creditors.

                                        MICHAEL R. RHODES
                                        Clerk, U.S. Bankruptcy Court

September 29, 2017                By:      Gerri Lynn Brown
                                                  Deputy Clerk

\* Set forth all names, including trade names, used by the debtor within the last 6 years (Bankruptcy Rule 1005). For joint debtors, set forth both Social Security Numbers.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-23375-JAD
William J Crytzer                                                         Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr              Page 1 of 1              Date Rcvd: Sep 29, 2017
                            Form ID: pdf900        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.
```
db         +William J Crytzer,    1676 State Route 66,    Ford City, PA 16226-3722
cr         +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
14680125   +Belden Jewelers/Sterling Jewelers, Inc,    Attn: Bankruptcy Dept,    PO Box 1799,
             Akron, OH 44309-1799
14680126   +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14680127   +Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    PO Box 182125,
             Columbus, OH 43218-2125
14680130   +GM Financial,    PO Box 1510,    Cockeysville, MD 21030-7510
14680131   +Laurie C. Crytzer,    84 Center Avenue,    Leechburg, PA 15656-1227
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14680128   +E-mail/Text: mrdiscen@discover.com Sep 30 2017 01:06:33      Discover Financial,    PO Box 3025,
             New Albany, OH 43054-3025
14680129   +E-mail/Text: dplbk@discover.com Sep 30 2017 01:07:21      Discover Personal Loan,
             Attention: Bankruptcy Dept,    PO Box 30954,    Salt Lake City, UT 84130-0954
14680871   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2017 01:25:44
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14680132   +E-mail/Text: bankruptcyteam@quickenloans.com Sep 30 2017 01:07:19      Quickn Loans,
             1050 Woodward Ave,    Detroit, MI 48226-1906
14680133   +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2017 01:08:30      Synchrony Bank/Sams,
             PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:
```
          Charles F. Fox, III    on behalf of Debtor William J Crytzer cffox@uncapher-fox.com,
           jmcmullen@uncapher-fox.com
          James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Lisa M. Swope    lms@nsslawfirm.com, klw@nsslawfirm.com;pa73@ecfcbis.com;mmh@nsslawfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 5
```