UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                        Bankr. Case No. 17-23375-JAD-7

WILLIAM J. CRYTZER                                                              Chapter 7
        Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By  /s/  Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following
individuals on September 8, 2017 :

CHARLES F FOX III
171 COLUMBIA AVE
VANDERGRIFT, PA  15690

Lisa M. Swope
219 South Center Street
P.O. Box 270
Ebensburg, PA 15931


By  /s/ Mandy Youngblood
_____
Mandy Youngblood

xxxxx46138 / 936218